```
                      United States Bankruptcy Court
                       Middle District of Pennsylvania
```

In re:                                                    Case No. 18-01232-RNO
Yvette Russell                                           Chapter 13
        Debtor
                       **CERTIFICATE OF NOTICE**

District/off: 0314-5          User: PRatchfor        Page 1 of 1          Date Rcvd: May 14, 2018
                             Form ID: ntcnfhrg       Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 16, 2018.
db            +Yvette Russell,   P.O. Box 94,   Pocono Summit, PA 18346-0094
5040344       +AES/Suntrust Bank,   P.O. Box 61047,   Harrisburg, PA 17106-1047
5046377       +American Education Services,   PO BOX 8183,   HARRISBURG, PA 17105-8183
5040346       +Kevin A. Hardy, Esq.,   PO Box 818,   134 Broad St,   Stroudsburg, PA 18360-1590
5040347       +PP & L,   827 Hausman Road,   Allentown, PA 18104-9392
5049954       +PPL Electric Utilities,   827 Hausman Road,   Allentown, PA 18104-9392
5040348       +Select Portfolio Servicing,   10401 Deerwood Park Blvd,   Jacksonville, FL 32256-5007
5040349       +Stillwater Lakes Civic Assoc.,   5144 Hummingbird Drive,   Pocono Summit, PA 18346-7603
5040350       +Stillwater Sewer Corp,   5144 Hummingbird Drive,   Pocono Summit, PA 18346-7603
5040352       +Wells Fargo Card Service,   PO Box 14517,   Des Moines, IA 50306-3517

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5040345       +E-mail/Text: cio.bncmail@irs.gov May 14 2018 19:19:10      Internal Revenue Service,
                PO Box 7346,   Philadelphia, PA 19101-7346
5043407        E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 14 2018 19:19:24
                Pennsylvania Department of Revenue,   Bankruptcy Division P O Box 280946,
                Harrisburg PA  17128-0946
5040351       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com May 14 2018 19:19:03
                Verizon,   500 Technology Dr., Ste 300,   Weldon Spring, MO 63304-2225
                                                                           TOTAL: 3

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2018                          Signature:   /s/Joseph Speetjens

_____


                  **CM/ECF NOTICE OF ELECTRONIC FILING**


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 9, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
              James  Warmbrodt   on behalf of Creditor   U.S. Bank National Association, as trustee for the
               holders of the Home Equity Pass-Through Certificates, Series 2003-1 bkgroup@kmllawgroup.com
              Monroe County Tax Claim Bureau   MKnitter@monroecountypa.gov,  DPugh@monroecountypa.gov
              Timothy B. Fisher, II   on behalf of Debtor 1 Yvette  Russell donna.kau@pocono-lawyers.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                           TOTAL: 5
```

ntcnfhrg (04/17)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Yvette Russell
Debtor(s)

Chapter     13

Case No.     5:18–bk–01232–RNO

## Notice

The confirmation hearing has been scheduled for the Debtor on the date indicated below.

A deadline of **June 6, 2018** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| United States Bankruptcy Court Courtroom #2, Max Rosenn US Courthouse, 197 South Main Street, Wilkes–Barre, PA 18701 | Date: June 13, 2018<br>Time: 09:30 AM |
| --- | --- |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing *( L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes–Barre, PA 18701<br>(570) 831–2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: PRatchford, Deputy Clerk |
| --- | --- |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: May 14, 2018 |