## United States Bankruptcy Court
### Middle District of Pennsylvania

In re    **Yvette Russell**                                Case No.    **5:18-bk-01232**
                       Debtor(s)                        Chapter     **13**

## AMENDED CERTIFICATE OF SERVICE

I hereby certify that on **July 23, 2018**, a copy of **Objection to Proof of Claim No. 5-1 and Notice of Objection** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**Kevin A. Hardy, Esq.**
**P.O. Box 818**
**Stroudsburg, PA 18360**

**J. Zac Christman, Esquire**
**NEWMAN, WILLIAMS, MISHKIN,**
**CORVELEYN, WOLFE & FARERI**
**P.. BOX 511**
**Stroudsburg, PA 18360**

                                               /s/ Timothy B. Fisher II
                                               **Timothy B. Fisher II 85800**
                                               **Timothy B. Fisher II**
                                               **Fisher & Fisher Law Offices**
                                               **P. O. Box 396**
                                               **Gouldsboro, PA 18424**
                                               **570-842-2753Fax:570-842-8979**