```
                        United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                          Case No. 18-01232-RNO
Yvette Russell                                                  Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-5            User: PRadginsk          Page 1 of 1              Date Rcvd: Aug 31, 2018
                                Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 02, 2018.
5040346        +Kevin A. Hardy, Esq.,    PO Box 818,    134 Broad St,    Stroudsburg, PA 18360-1590

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 31, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor   U.S. Bank National Association, as trustee for the
               holders of the Home Equity Pass-Through Certificates, Series 2003-1 bkgroup@kmllawgroup.com
              Monroe County Tax Claim Bureau    MKnitter@monroecountypa.gov, DPugh@monroecountypa.gov
              Philip W. Stock    on behalf of Creditor   Stillwater Lakes Civic Association, Inc. pwstock@ptd.net
              Timothy B. Fisher, II    on behalf of Debtor 1 Yvette  Russell donna.kau@pocono-lawyers.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| **YVETTE RUSSELL** | : | |
|       Debtor | : | **CASE NO. 5-18-bk-01232 RNO** |
| | : | |
| **YVETTE RUSSELL** | : | |
|       Objectants | : | |
| Vs. | : | |
| | : | |
| **STILLWATER LAKES CIVIC** | : | |
| **ASSOCIATION, INC.** | : | |
|       Claimant | : | |

## ORDER

AND NOW TO WIT, it is hereby ORDERED

that the Debtors' Objection to Proof of Claim Number 5-1 of **STILLWATER LAKES CIVIC ASSOCIATION, INC.**, is hereby GRANTED and Claim No. 5-1 is disallowed in its entirety.

Dated: August 31, 2018      By the Court,

*[signature]*
Robert N. Opel, II, Chief Bankruptcy Judge (DG)