```
                        United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                              Case No. 18-01232-RNO
Yvette Russell                                                      Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5           User: PRatchfor            Page 1 of 1           Date Rcvd: Nov 02, 2018
                               Form ID: trc               Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 04, 2018.
5040344         +AES/Suntrust Bank,    P.O. Box 61047,    Harrisburg, PA 17106-1047

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 04, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 2, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James   Warmbrodt    on behalf of Creditor   U.S. Bank National Association, as trustee for the
               holders of the Home Equity Pass-Through Certificates, Series 2003-1 bkgroup@kmllawgroup.com
              Monroe County Tax Claim Bureau    MKnitter@monroecountypa.gov, DPugh@monroecountypa.gov
              Philip W. Stock    on behalf of Creditor   Stillwater Lakes Civic Association, Inc. pwstock@ptd.net
              Timothy B. Fisher, II   on behalf of Debtor 1 Yvette  Russell donna.kau@pocono-lawyers.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 6

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 5:18-bk-01232-RNO
Chapter 13

In re: Debtor(s) (including Name and Address)

Yvette Russell
P.O. Box 94
Pocono Summit PA 18346

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 11/02/2018.

Name and Address of Alleged Transferor(s):

Claim No. 2: AES/Suntrust Bank, P.O. Box 61047, Harrisburg, PA 17106

Name and Address of Transferee:

ECMC
PO BOX 16408
St. Paul, MN 55116-0408
ECMC
PO BOX 16408
St. Paul, MN 55116-0408

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    11/04/18

Terrence S. Miller
**CLERK OF THE COURT**