UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: YVETTE RUSSELL | : | CHAPTER 13 |
|     Debtor(s) | : | |
| | : | |
| CHARLES J. DEHART, III | : | |
| STANDING CHAPTER 13 TRUSTEE | : | |
|     Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| YVETTE RUSSELL | : | |
|     Respondent(s) | : | CASE NO. 5-18-bk-01232 |

TRUSTEE'S OBJECTION TO AMENDED CHAPTER 13 PLAN

AND NOW, this 12th day of December, 2018, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

1. The Trustee avers that debtor(s)' plan is not feasible based upon the following:

   a. The plan is underfunded relative to claims to be paid – 100% plan.
   b. Plan ambiguous – payment.

WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

   a. Deny confirmation of debtor(s) plan.
   b. Dismiss or convert debtor(s) case.
   c. Provide such other relief as is equitable and just.

                                                     Respectfully submitted,

                                                    Charles J. DeHart, III
                                                    Standing Chapter 13 Trustee
                                                    8125 Adams Drive, Suite A
                                                    Hummelstown, PA 17036
                                                    (717) 566-6097

                            BY:          _Agatha R. McHale_
                                                Attorney for Trustee

CERTIFICATE OF SERVICE

       AND NOW, this 12th day of December, 2018, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Timothy Fisher, Esquire
P.O. Box 396
Gouldsboro, PA   184214

                                            /s/Deborah A. Behney
                                            Office of Charles J. DeHart, III
                                            Standing Chapter 13 Trustee