# United States Bankruptcy Court
# Middle District of Pennsylvania

In re: **Yvette Russell**
Debtor(s)

Case No. **5:18-bk-01232**
Chapter **13**

## CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2019 , a copy of **Motion for Wage Attached and proposed Order to Pay Trustee** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**USPS Payroll - Attn: IDU**
**2825 Lone Oak Parkway**
**Eagan, MN 55121-9650**

/s/ Timothy B. Fisher II
**Timothy B. Fisher II 85800**
**Timothy B. Fisher II**
**Fisher & Fisher Law Offices**
**P. O. Box 396**
**Gouldsboro, PA 18424**
**570-842-2753Fax:570-842-8979**