**United States Bankruptcy Court**
**Middle District of Pennsylvania**

| In re | Yvette Russell | | Case No. | 5:18-bk-01232 |
|---|---|---|---|---|
| | | Debtor(s) | Chapter | 13 |

## AMENDED CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2019 , a copy of **Motion for Wage Attached, Voluntary Consent to Wage Attachment and proposed Order to Pay Trustee** was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**USPS Payroll - Attn:  IDU**
**2825 Lone Oak Parkway**
**Eagan, MN  55121-9650**

/s/ Timothy B. Fisher II
**Timothy B. Fisher II 85800**
**Timothy B. Fisher II**
**Fisher & Fisher Law Offices**
**P. O. Box 396**
**Gouldsboro, PA 18424**
**570-842-2753Fax:570-842-8979**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy