```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                              Case No. 18-01232-RNO
Yvette Russell                                                      Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0314-5       User: PRadginsk          Page 1 of 1           Date Rcvd: Sep 26, 2019
                           Form ID: pdf010          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 28, 2019.
             USPS Payroll    Attn: IDU,   2825 Lone Oak Parkway,    Eagan, MN 55121-9650

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2019                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 26, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    U.S. Bank National Association, as trustee for the
               holders of the Home Equity Pass-Through Certificates, Series 2003-1 bkgroup@kmllawgroup.com
              Monroe County Tax Claim Bureau    MKnitter@monroecountypa.gov, DPugh@monroecountypa.gov
              Philip W. Stock    on behalf of Creditor    Stillwater Lakes Civic Association, Inc. pwstock@ptd.net
              Timothy B. Fisher, II    on behalf of Debtor 1 Yvette   Russell donna.kau@pocono-lawyers.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 6

Case 5:18-bk-01232-RNO    Doc 55    Filed 09/28/19    Entered 09/29/19 00:35:52    Desc
                   Imaged Certificate of Notice    Page 1 of 2

UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| In re: | : | |
|---|---|---|
| Yvette Russell | : | Chapter 13 |
| Debtor | : | |
| | : | Case No: 5:18-01232 RNO |

**ORDER TO PAY TRUSTEE**

Upon consideration of the above-referenced Debtors having filed a Petition under Chapter 13 of the Bankruptcy Code and having submitted all future income to the jurisdiction of this Court in accordance with statute, it is hereby **ORDERED** that until further Order of this Court:

USPS Payroll – Attn: IDU
2825 Lone Oak Parkway
Eagan, MN 55121-9650

Shall deduct from said Debtor's income the sum of **$479.74** from each **bi-weekly** paycheck, beginning on the next pay day following receipt of this Order and deduct a similar amount each pay period thereafter, including any period from which the Debtor receives a periodic lump sum payment as a result of vacation, termination, or any benefits payable to above debtor and shall remit the deducted sums as follows:

| Payee | Amount per weekly paycheck | Memo Line Text |
|---|---|---|
| Charles J. DeHart, III, Esquire<br>PO Box 7005<br>Lancaster, PA 17604 | $479.74 | Case No: 5:18-01232 |

**IT IS FURTHER ORDERED** that the checks issued pursuant to this Order shall be sent to each payee on the same date that the Debtor is paid, and that the face of the payee's check shall include the corresponding text set forth in the column labeled "Memo Line Text" in the above chart. This Order shall be binding upon any successor in interest to Respondent. Respondent shall increase, reduce, or discontinue the aforementioned deductions upon written certification from Movant's counsel that an increase, reduction, or discontinuation, as applicable is required,

**IT IS FURTHER ORDERED** that this Order supersedes previous orders, if any, made to subject entity in this or any previous case.

Dated: September 26, 2019    By the Court,

_Robert N. Opel II_ (signature)
Robert N. Opel, II, Chief Bankruptcy Judge (DG)