United States Bankruptcy Court
Middle District of Pennsylvania

In re:                                           Case No. 18-01232-MJC
Yvette Russell                               Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                 User: AutoDocke                 Page 1 of 2
Date Rcvd: Dec 09, 2021            Form ID: pdf010                 Total Noticed: 18

The following symbols are used throughout this certificate:
**Symbol**    **Definition**
+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 11, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Yvette Russell, P.O. Box 94, Pocono Summit, PA 18346-0094 |
| 5040344 | + | AES/Suntrust Bank, P.O. Box 61047, Harrisburg, PA 17106-1047 |
| 5127120 | | ECMC, PO BOX 16408, St. Paul, MN 55116-0408 |
| 5127121 | | ECMC, PO BOX 16408, St. Paul, MN 55116-0408, ECMC, PO BOX 16408 St. Paul, MN 55116-0408 |
| 5040346 | + | Kevin A. Hardy, Esq., PO Box 818, 134 Broad St, Stroudsburg, PA 18360-1590 |
| 5040347 | + | PP & L, 827 Hausman Road, Allentown, PA 18104-9392 |
| 5049954 | + | PPL Electric Utilities, 827 Hausman Road, Allentown, PA 18104-9392 |
| 5040348 | + | Select Portfolio Servicing, 10401 Deerwood Park Blvd, Jacksonville, FL 32256-5007 |
| 5040349 | + | Stillwater Lakes Civic Assoc., 5144 Hummingbird Drive, Pocono Summit, PA 18346-7674 |
| 5109614 | + | Stillwater Lakes Civic Association, Inc., 5144 Hummingbird Drive, Pocono Summit, PA 18346-7674 |
| 5040350 | + | Stillwater Sewer Corp, 5144 Hummingbird Drive, Pocono Summit, PA 18346-7674 |
| 5069932 | | U.S. Bank National Association, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 5040352 | + | Wells Fargo Card Service, PO Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5046377 | + | Email/Text: bncnotifications@pheaa.org | Dec 09 2021 18:37:00 | American Education Services, PO BOX 8183, HARRISBURG, PA 17105-8183 |
| 5127120 | | Email/Text: ECMCBKNotices@ecmc.org | Dec 09 2021 18:37:00 | ECMC, PO BOX 16408, St. Paul, MN 55116-0408 |
| 5127121 | | Email/Text: ECMCBKNotices@ecmc.org | Dec 09 2021 18:37:00 | ECMC, PO BOX 16408, St. Paul, MN 55116-0408, ECMC, PO BOX 16408, St. Paul, MN 55116-0408 |
| 5040345 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 09 2021 18:37:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5043407 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 09 2021 18:37:00 | Pennsylvania Department of Revenue, Bankruptcy Division P O Box 280946, Harrisburg PA 17128-0946 |
| 5065128 | | Email/PDF: ebn_ais@aisinfo.com | Dec 09 2021 18:48:25 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 5040351 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Dec 09 2021 18:37:00 | Verizon, 500 Technology Dr., Ste 300, Weldon Spring, MO 63304-2225 |

TOTAL: 7

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| cr | *+ | Stillwater Lakes Civic Association, Inc., 5144 Hummingbird Drive, Pocono Summit, PA 18346-7674 |

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 2 of 2 |
| Date Rcvd: Dec 09, 2021 | Form ID: pdf010 | Total Noticed: 18 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 11, 2021　　　　　　　　　　Signature:　　　/s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 9, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor U.S. Bank National Association as trustee for the holders of the Home Equity Pass-Through Certificates, Series 2003-1 bkgroup@kmllawgroup.com |
| Monroe County Tax Claim Bureau | TZito@monroecountypa.gov TZito@monroecountypa.gov;CTreible@monroecountypa.gov |
| Philip W. Stock | on behalf of Creditor Stillwater Lakes Civic Association Inc. pwstock@ptd.net |
| Timothy B. Fisher, II | on behalf of Debtor 1 Yvette Russell donna.kau@pocono-lawyers.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| Yvette Russell | : | |
| Debtors | : | CASE NO 5:18-bk-01232-MJC |
| | : | |

## ORDER

**AND NOW** upon consideration of the Motion of the Debtor, Yvette Russell, to suspend her Trustee payments for a period of ninety (90) days;

**IT IS HEREBY ORDERED** that the Debtor's Motion to Suspend Trustee payments is hereby GRANTED and the Debtor's Trustee payments shall be suspended for a period of ninety (90) days from the date of this Order.

Dated: December 6, 2021

By the Court,

Mark J. Conway, Bankruptcy Judge (CN)