UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

    YVETTE RUSSELL                       Case No.: 5-18-01232-MJC
                                                           Chapter 13

    Debtor(s)

## NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1:**                  **MORTGAGE INFORMATION**

| | |
|---|---|
| Creditor Name: | SELECT PORTFOLIO SERVICING |
| Court Claim Number: | 07 |
| Last Four of Loan Number: | 1914 Coco Dr - PRE-ARREARS - 1906 |
| Property Address if applicable: | P.O. BOX 94, , POCONO SUMMIT, PA18346 |

**PART 2:**                  **CURE AMOUNT**

TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $23,251.37 |
| b. | Prepetition arrearages paid by the Trustee: | $23,251.37 |
| c. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearages paid by the Trustee: | $0.00 |
| g. | Total b, d, f: | $23,251.37 |

**PART 3:**                  **POST PETITION MORTGAGE PAYMENT**

Paid direct by the Debtor(s)

Current Monthly Mortgage Payment: $0.00

Next postpetition payment due:

If known, Principal Balance Outstanding: UNKNOWN

**PART 4:**                  **A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: October 24, 2022                            Respectfully submitted,

/s/ Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: info@pamd13trustee.com

Creditor Name:  SELECT PORTFOLIO SERVICING
Court Claim Number:  07

```
   CLM #    CHECK #      DATE        PRIN PAID      INT PAID    TOTAL DISB
   5200     1199555    03/12/2019    $2,993.70        $0.00       $2993.70
   5200     1202264    05/09/2019      $702.80        $0.00        $702.80
   5200     1204984    07/11/2019      $715.14        $0.00        $715.14
   5200     1206328    08/07/2019      $715.16        $0.00        $715.16
   5200     1207838    09/26/2019    $1,865.50        $0.00       $1865.50
   5200     1210073    11/07/2019      $329.97        $0.00        $329.97
   5200     1211449    12/12/2019      $659.94        $0.00        $659.94
   5200     1212809    01/16/2020      $989.90        $0.00        $989.90
   5200     1214158    02/13/2020    $1,538.86        $0.00       $1538.86
   5200     1215466    03/12/2020      $659.94        $0.00        $659.94
   5200     1216744    04/14/2020      $659.94        $0.00        $659.94
   5200     1217728    05/06/2020      $636.59        $0.00        $636.59
   5200     1218712    06/02/2020      $318.30        $0.00        $318.30
   5200     1219735    07/07/2020      $165.24        $0.00        $165.24
   5200     1220781    08/12/2020      $636.60        $0.00        $636.60
   5200     1221841    09/17/2020      $954.89        $0.00        $954.89
   5200     1222824    10/15/2020      $636.60        $0.00        $636.60
   5200     1223620    11/03/2020      $643.65        $0.00        $643.65
   5200     1224606    12/10/2020      $643.66        $0.00        $643.66
   5200     1226387    01/19/2021      $643.66        $0.00        $643.66
   5200     1227405    02/17/2021      $965.49        $0.00        $965.49
   5200     1228430    03/17/2021      $643.66        $0.00        $643.66
   5200     1229442    04/15/2021      $643.65        $0.00        $643.65
   5200     2000834    05/18/2021      $976.11        $0.00        $976.11
   5200     2001818    06/16/2021      $332.44        $0.00        $332.44
   5200     2002801    07/14/2021    $2,579.98        $0.00       $2579.98
```

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

YVETTE RUSSELL  Case No.: 5-18-01232-MJC
 Chapter 13

Debtor(s)

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on October 24, 2022, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, from Hummelstown, PA unless served electronically.

| | |
|---|---|
| TIMOTHY B. FISHER, II, ESQUIRE<br>P.O. BOX 396<br>GOULDSBORO PA, 18424- | SERVED ELECTRONICALLY |
| SELECT PORTFOLIO SERVICING, INC<br>PO BOX 65250<br>SALT LAKE CITY, UT, 84165 | SERVED BY 1ST CLASS MAIL |
| YVETTE RUSSELL<br>P.O. BOX 94<br>POCONO SUMMIT, PA 18346 | SERVED BY 1ST CLASS MAIL |

I certify under penalty of perjury that the foregoing is true and correct.

Date: October 24, 2022

/s/ Liz Joyce
for Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: info@pamd13trustee.com