Certificate Number: 03088-PAM-DE-036998402

Bankruptcy Case Number: 18-01232



03088-PAM-DE-036998402

# <u>CERTIFICATE OF DEBTOR EDUCATION</u>

I CERTIFY that on <u>November 24, 2022</u>, at <u>12:57</u> o'clock <u>PM CST</u>, <u>Yvette Russell</u> completed a course on personal financial management given <u>by internet</u> by <u>Debt Education and Certification Foundation</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date:   <u>November 24, 2022</u>     By:   <u>/s/Doug Tonne</u>

                                    Name: <u>Doug Tonne</u>

                                    Title: <u>Counselor</u>

Case 5:18-bk-01232-MJC   Doc 76   Filed 11/24/22   Entered 11/24/22 18:12:34   Desc
Main Document    Page 1 of 1